UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

| | | |
|---|---|---|
| WAVEYBABY HOLDINGS, LLC, Plaintiff, v. MSCHF PRODUCT STUDIO, INC., Defendant. | : | **SCHEDULING ORDER** 23-CV-2486 (WFK) (RML) |

---------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of Defendant MSCHF Product Studio's Objection to Magistrate Judge Robert M. Levy's Report and Recommendation. ECF No. 27.

Plaintiff shall file its response to Defendant's Objection on ECF on or before Thursday, October 1, 2026. Fed. R. Civ. P. 72(b)(2). Defendant shall submit its reply, if any, on or before Thursday, October 8, 2026, at 5:00 P.M.

The Court further SCHEDULES oral argument in the above-captioned action for Thursday, October 29, 2026, at 12:00 Noon. Oral argument will proceed before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 21, 2026
Brooklyn, New York