UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

WAVEYBABY HOLDINGS, LLC,

Plaintiff,

v.

MSCHF PRODUCT STUDIO, INC., and GABRIEL WHALEY,

Defendants.

---------------------------------------------------------------X

**ORDER**
23-CV-2486 (WFK) (RML)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On December 18, 2025, this Court granted the voluntary dismissal of Defendant Gabriel Whaley from the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 19.

In light of this Order, the Clerk of Court is respectfully directed to amend the case caption from *Waveybaby Holdings LLC v. MSCHF Product Studio, Inc., et al.*, to *Waveybaby Holdings, LLC v. MSCHF Product Studio, Inc.*

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2026
Brooklyn, New York