Ezra Law Firm, P.C., 295 Front Street, Dumbo, Brooklyn, NY, 11201
(347) 696-7555
*ezra@ezralaw.co*

October 27, 2026

**VIA ECF**

Honorable Judge WILLIAM F. KUNTZ, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *WaveyBaby Holdings LLC v. MSCHF Product Studio, Inc.*
Case No.: 1:23-cv-02486-WFK-RML

Dear Judge KUNTZ:

This law firm continues to represent the Plaintiff *WaveyBaby Holdings LLC* in the above-referenced action before this honorable Court. Undersigned counsel respectfully requests that the oral argument currently scheduled for Thursday, October 29, 2026, at 12:00 Noon be rescheduled to 1:00 p.m. that same day, October 29, 2026, due to undersigned's scheduling conflict.

Counsel for Defendant *MSCHF Product Studio, Inc.* has been consulted and consents to this request. This is Plaintiff's first request to reschedule the oral argument.

We thank the Court for its consideration.

Respectfully,
*/s/ Ezra Salami*
*Counsel for Plaintiff*

cc: All Counsels of Record