UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | | |
|---|---|---|
| WAVEYBABY HOLDINGS, LLC, | : | |
| Plaintiff, | : | **SCHEDULING ORDER** |
| v. | : | 23-CV-2486 (WFK) (RML) |
| MSCHF PRODUCT STUDIO, INC., | : | |
| Defendant. | : | |

-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the parties' request, the Court ADJOURNS the oral argument in the above-captioned action currently scheduled for Thursday, October 29, 2026, at 12:00 Noon to Thursday, October 29, 2026, at 1:00 P.M. Oral argument will proceed before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 27, 2026
Brooklyn, New York